

NUMBER 13-14-00690-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FARMERS INSURANCE EXCHANGE AND TEXAS FARMERS INSURANCE COMPANY

### On Petition for Writ of Mandamus and Motion for Temporary Relief

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

On December 3, 2014, relators, Farmers Insurance Exchange and Texas Farmers Insurance Company, filed a petition for writ of mandamus contending that the Honorable Angelica Hernandez, presiding judge of the 105th Judicial District Court of Nueces County, Texas, abused her discretion, leaving relators without an adequate appellate remedy, by setting trial for December 15, 2014 in trial court cause number 2013-DCV-2208-D. Relators have also filed a motion for temporary relief in which they

ask this Court to stay the trial until such time as we fully consider a related petition for writ of mandamus in appellate cause number 13-14-00330-CV.

Having reviewed relators' motion for temporary relief and petition for writ of mandamus, we find that relators have not established their entitlement to the relief sought. Accordingly, relators' motion for temporary relief and petition for writ of mandamus are hereby DENIED. *See* TEX. R. APP. P. 52.8(a), (d).

PER CURIAM

Delivered and filed the
3rd day of December, 2014.